■

MARY POTTER et al., Respondents, v. PARK TERRACE GARDENS, INC., Appellant. — The application to put the case on the General Calendar was properly denied. Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Dore, Cohn, Van Voorhis and McCurn, JJ.

■

BEN LOMBARD, Appellant, v. ISIDORE NUSBLATT et al., Respondents.— Appeal unanimously dismissed. No opinion. Present — Peck, P. J., Dore, Cohn, Van Voorhis and McCurn, JJ.

■

BEN LOMBARD, Appellant, v. ISIDORE NUSBLATT et al., Respondents.— Order unanimously modified so as to reinstate item 12 and, as so modified, affirmed, with $10 costs and disbursements to the appellant. We do not pass upon the proper measure of damages. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Dore, Cohn, Van Voorhis and McCurn, JJ.

■

CELIA ADELEWITZ, Appellant, et al., Plaintiffs, v. NEW TERRACE GARDENS, INC., et al., Respondents.— Appeal unanimously dismissed. No opinion. Present — Peck, P. J., Dore, Cohn, Van Voorhis and McCurn, JJ.

■

CELIA ADELEWITZ, Appellant, et al., Plaintiffs, v. NEW TERRACE GARDENS, INC., et al., Respondents.— Order unanimously reversed, with $20 costs and disbursements to the appellant, and the motion granted. No opinion. Settle order on notice. Present — Peck, P. J., Dore, Cohn, Van Voorhis and McCurn, JJ.

■

BLUE RIBBON FABRICS, INC., Respondent v. INTERNATIONAL FLOUNCING CO., INC., Appellant.— Order reversed, with $20 costs and disbursements to the appellant, and the motion for the production of books and records granted, the examination of said books and records to be held before an official referee. No opinion. Present — Peck, P. J., Dore, Cohn, Van Voorhis and McCurn, JJ.; Cohn, J., dissents and votes to affirm upon the ground that this application is lacking in good faith. Settle order on notice.

■

NATHAN RAFF, Respondent, v. COMMERCIAL TRAVELERS MUTUAL ACCIDENT ASSOCIATION OF AMERICA, Appellant.— Order unanimously modified by denying the examination before trial with respect to items 7 and 8 and, as so modified, affirmed, with $10 costs and disbursements to the appellant. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Dore, Cohn, Van Voorhis and McCurn, JJ.

■

In the Matter of MAE DUNDAS, Appellant, against JOSEPH D. McGOLDRICK, as State Rent Administrator, et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Dore, Cohn, Van Voorhis and McCurn, JJ.